```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
KATHERINE M. LLOYD-LOVETT (CABN 276256)
Assistant United States Attorneys

        1301 Clay Street, Suite 340S
        Oakland, California 94612
        Telephone: (510) 637-3630
        Facsimile:  (510) 637-3724
        E-Mails:    USACAN.USA-Filings@usdoj.gov
                    Garth.Hire@usdoj.gov
                    Katherine.Lloyd-Lovett@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>STEVEN CARRILLO,<br><br>           Defendant. | CASE NO. CR 20-MJ-70785<br><br>**NOTICE OF APPEARANCE OF<br>UNITED STATES' COUNSEL** |

      The United States Attorney's Office hereby files this Notice of Appearance to advise the Court that United States Attorney David L. Anderson and Assistant United States Attorney Garth Hire appear for the United States in this case. Assistant United States Attorney Katherine M. Lloyd-Lovett remains as counsel for the United States in this case.

      The Clerk is requested to modify the docket sheet and other court records so as to reflect that copies of all orders and communications from the Court will in the future be given to United

States Attorney David L. Anderson and Assistant United States Attorney Garth Hire at the above mailing address, telephone number, facsimile number and e-mail address.

DATED: June 22, 2020                    Respectfully submitted,

                                        _____
                                        DAVID L. ANDERSON
                                        United States Attorney